**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS JERECKI, | ) NO. CV 14-1642-FMO(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| L.J. MILUSNIC, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 29, 2014.

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE